*Ariticel 3 Constitutional United States District Court Southern District of New York*

| | |
|---|---|
| Family-Name Lamour: Given-Name **Donna** | ) |
| Sovereign *Sui Juris one of we the people* | ) |
| Moving Party Of Real Interest For | ) |
| | ) |
| DONNA LAMOUR Estate Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| Thomas Musarra SVP and Noel Quinne and | ) |
|      Colin Bell CEO Of HSBC Bank USA, | ) |
|      National Association As Trustee, and | ) |
|      Attorneys Nelissa A. Sposato, ESQ, Ettinger | |
|      Law Firm Et al Defendants | |

Case No. _____

**Plaintiff, demanding trial by jury**

Affidavit by Facts Brief for Fraud Lawsuit

---

The facts concerning the claim in this proceeding, including the underlying events and the nature of any action or decision taken by Respondent(s), that Petitioner wishes to challenge are as follows:

**(A). Comes Now,** Plaintiff, **demanding trial by jury** pursuant to Facts, Laws, the Constitution for the United States, the Constitution for New York, the Uniform Commercial Code (UCC) 3-601, 3-602, 3-603, 3-604, 3-605, the Fair Debt Collections Practices Act (FDCPA) 15 U.S.C. §§ 1601, 1692 et seq, the alleged contract (the alleged loan agreement), defendant lack of standing see US Bank N.A. v Nelson 2020 NY Slip Op 07661 Decided on December 17, 2020 Court of Appeals  and all applicable law in all applicable jurisdictions, only to under penalty of perjury and with full commercial liability:  and

(B). Demand injunctive relief, possession, and other relief which will effectively invalidate and reverse the unlawful fraudulent foreclosure sale by the Defendants.  In that Defendant failed to provide original note, failed to prove they are a party to the contract.  They had to and produce and comply with Plaintiff's "Nice Offer and Demands" and law.  See US Bank N.A. v Nelson 2020 NY Slip Op 07661 Decided on December 17, 2020 Court of Appeals "It is only recently that the New York courts have used the term **"standing" to refer to whether the plaintiff in a foreclosure action is a party to the contract"**. The dispute and confusion as to whether the borrower must plead "lack of standing" as an affirmative defense arises purely from the misuse of the word **"standing" to relate to the question of whether the plaintiff  is the holder of the note."**

    *1.* Fact the Defendants named above never had a valid claim to have standing to collect on an alleged note and deed of trust, *See* Affidavit by Facts Request For Admissions hereby incorporated herein as fully stated herein and

    2. Fact the Defendants named above never at any time was the holder in due course of the alleged note and deed of trust;

    3. Fact the Defendants named above never at any time lent to Plaintiff having Lawful money having real substance with intrinsic value with equal weights and measures (silver, gold) coin-backed intrinsic value of a certain balance that is due and owing on a note;  *and*

    4. Fact the Defendants named above did take the alleged original note and deposited said original note by stamping it with the words "pay to the order of: Without Recourse CORPORATION NAME" signed by a person authorizing the deposit of said original note; and

Fact the Defendants named above did take the alleged original promissory note and turned into a cash deposit and used to fund the alleged loan; and

7. Fact the Defendants named above did take the alleged original promissory note and deposited (credited) the promissory note and used that deposit to pay the seller at the closing for title transfer; and

8. Fact the Defendants named above never had any depositors money nor pre-existing bank deposits or bank assets that were used to fund the alleged loan; and

9. Fact the Defendants named above did take the alleged original promissory note and seld that original promissory note by converting it into cash to fund the alleged loan; and

10. Fact the Defendants named above did take the alleged original promissory note and used it to create the credit (money) to fund the alleged loan; and

11. Fact the Defendants named above **are** a foreign agent as noted in 22 U. S. C. 611 who is holding a Title of nobility in violation of your own oath to the United States constitution at Article I section 10 which "prohibits public officials from holding a title of nobility" and

12. Fact the Defendants named above did  file a fraudulent foreclosure case and committed fraud upon the court by concealing the facts that you never had standing to sue for a foreclosure as required in banez vs. U.S. Bank Nat'l Ass'n 856 F. Supp. 2D 273, Deutsche Bank National Trust Co v. Torres, NY Slip Op 51471U, Bank N.A. v Nelson 2020 NY Slip Op 07661, Zinc Carbonate Co. v. First National Bank, 103 Wis. 125, 79 NW 229, and  American Express Co. v. Citizens State Bank, 181 Wis. 172, 194 NW 427 and

13. Fact the Defendants named above did use a fictitious address of 4210 STATE HWY 23 NORWICH, NY 13815 that is owned by United States Postal Service that is in no way part of to the real land/private property having meats and bounds description that are In Violation of Title 18 section 241 and 242 as a conspiracy to deprive Plaintiff rights, to private property under color of law" and

14. Fact the Defendants named above are  acting under color of law as a conspiracy to deprive Plaintiff rights, private property in violation of Title 18 section 241 and 242, 18 U. S. C. 242, 18 U. S. C. 2381, 18 U. S. C. 115, and  22 U. S. C. 611 and

15. Fact the Defendants named above are in violation of United States code 18 USC 241, 242 18 U. S. C. 2381, 18 U. S. C. 115, and  22 U. S. C. 611 and have lost your qualified immunity. and

16. Fact Plaintiff On Friday October 13 2023  made a good faith Negotiable Instruments as full payment of the alleged debts through the attorney Randy J. School for the defendants.

17. **Fact the** Negotiable Instruments as full payment of the debt to the alleged creditor (defendants) is this matter was refused.

18. Fact In law In accordance with United States Of America Uniform Commercial Code stipulates:  U. C. C. – Article 3 – Negotiable Instruments, Part 6. Discharge And Payment § 3-603 (b) Tender Of Payment.  (b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument **and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an**

indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates. And "Article 3-603(b) refers to the tender of payments using negotiable instruments and, if the payment is refused, the amount of the tender is in fact discharged."

*19. I, Plaintiff* **hereby declare** In accordance with the above Uniform Commercial Code laws that all alleged defendants as alleged crediter include HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE, FOR DEUTSCHE ALT-A SECURITIES MORTGAGE LOAN TRUST, SERIES 2007-OA2 MORTGAGE PASS-THROUGH CERTIFICATE that by law all debt are in fact and law discharged in this matter.

*20. Fact the Defendants named above intended to be Associates in fact by acting in concert with each other in numbers 1 through 19 above,* and

*21.* **Relief Demand:** *Plaintiff demands judgement for the damages in the amount of Five Hundred Thousand **$500,000.00** caused by defendants,* and issue quite title free and clear from all claims to said land and property granting full ownership, rights to *Plaintiff* .

### Verification:

*22. I, the private woman non-resident Family-Name Lamour, Given-Name Donna Moving Party Of Real Interest For DONNA LAMOUR entity/estate Defendant, do hereby declare according to the Laws for the united states of America present to **United States Code 28 U. S. 1746 (1)** that the foregoing accounting of facts above are factual and correct, complete and not misleading in any way to the best of my knowledge so help me, and  If a fact stated herein, is proven wrong by facts, law, and evidence, I reserve the right to "Amend" this document for the "facts" to be clearly stated,* and

Date  January 2 9, 2024

Signed reserving all my rights at U. C. C. 3-603 (b)
Tender Of Payment for Adjustment,

"Without Recourse U. C. C. 3-414(d), (e)"

and  All Rights Reserved: U.C.C.1-308/1-207;U.C.C.1-103UCC 207 & 308,

#### Foreign Office of Origin:  Moving Party

Family-Name **Lamour**, Given-Name **Donna** for

DONNA LAMOUR entity/estate

Care of *4210 State Highway 23*

Norwich, New York. [13813

Phone: 607-373-2429

New York                                    )

Chenango county                )

On the ~29 day of January **2024** before me, the undersigned, personally appeared Family-Name **Lamour**, Given-Name **Donna** for DONNA LAMOUR estate personally known to me or proved to me on the basis of satisfactory evidence to be the woman whose name is subscribed to the within Petition and acknowledged to me that she executed the same in her private capacity and that by his signature on the Affidavit by Facts, the woman upon behalf is the woman who executed the Order to Cease Desist Affidavit by Facts, and

Notary Public

KATHRYN STAFFORD
Notary Public, State of New York
No. 01ST6520344
Qualified in Otsego County
My Commission Expires March 02, 2027

### Certificate of Service/Proof Of Service

I **Edmond George Sr Sovereign man** *do hereby declare according to the Laws for the united states of America present to* **United States Code 28 U. S. 1746 (1) that** *the foregoing accounting of facts herein are factual and correct, complete and not misleading in any way to the best of my knowledge so help me, has in fact* **made service by** United Parcel Service with tracking  on January 29, 2024 a true and complete copy of this Brief and Request For Admissions  upon all the defendants on January 29, 2024 and

Date January 29, 2024

Foreign Office of Origin:  Non-Party

Edmond George Sr

c/o general post office

Guilford, New York.

Phone: 607-373-2429

Nelissa A. Sposato ESQ Ettinger Law Firm Et al

One Huntington Quadrangle Suite 4N25

Melville, New York 11747

Thomas Musarra SVP and Noel Quinne and

Colin Bell CEO Of HSBC Bank USA

National Association As Trustee Et al

452 Fifth Avenue / 1 West 39th Street

Manhattan, New York 10018

**This is a legal document.**

**Family-Name Lamour: Given-Name Donna**
c/o United States Post Office Mailing Addtress
4210 State Highway 23
Norwich, New York. [13815]
607-373-2429
**No other wording (listing) other then written above in
blue letters only will be considered 'legal' or 'lawful',
nor will any items sent to "the woman called
Family-Name Lamour: Given-Name Donna
directly or indirectly, at any location other then the
above post location written communication, shall not
be considered delivered, sent, serviced, or served).**

*Ariticel 3 Constitutional United States District Court Southern District of New York*

| | |
|---|---|
| Family-Name Lamour: Given-Name Donna ) | |
| Sovereign *Sui Juris one of we the* ) | Case No. _____ |
| *people* ) | |
| **Moving Party Of Real Interest For** ) | |
| DONNA LAMOUR Estate Plaintiff ) | |
| ) | |
| vs. ) | Affidavit by Facts Request For Admissions part |
| Thomas Musarra SVP and Noel Quinne ) | of Fraud Lawsuit Brief |
| and ) | |
| Colin Bell CEO Of HSBC Bank USA, ) | |
| National Association As Trustee, and ) | |
| Attorneys Nelissa A. Sposato, ESQ, ) | |
| Ettinger ) | |
| Law Firm Et al Defendants ) | |

Requests for Admissions to Defendants doing business as HSBC Bank USA, National Association As Trustee et al

*1.* To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al, do you admit that **You never had a valid claim to have standing to collect on an alleged note and deed of trust,** The *Stipulated answer of HSBC Bank USA, National Association As Trustee et al is Yes.,*

2. To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al, **do you admit that you never at any time was or are the holder in due course of the alleged note and deed of trust;** The *Stipulated answer of HSBC Bank USA, National Association As Trustee et al, is Yes, and*

**3.** To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al, **do you admit that you never at any time lent to Plaintiff any Lawful money having real substance with intrinsic value with equal weights and measures (silver, gold) coin-backed intrinsic value of a certain balance that is due and owing on a note;** The *Stipulated answer of HSBC Bank USA, National Association As Trustee et al, is Yes, and*

**5.** To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al, **do you admit that you have taken the alleged original note and deposited said original note by stamping it with the words "pay to the order of: Without Recourse CORPORATION NAME" signed by a person authorizing the deposit of said original note;** The *Stipulated answer of HSBC Bank USA, National Association As Trustee et al, is Yes, and*

*6.* To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al, **do you admit that you have taken alleged original promissory note and turned into a cash deposit and used to fund the alleged loan;** The ***Stipulated answer of*** HSBC Bank USA, National Association As Trustee et al is ***Yes., and***

7. *To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al, do you admit that you have taken alleged original promissory note and deposited (credited) the promissory note and used that deposit to pay the seller at the closing for title transfer;*
*The Stipulated answer of HSBC Bank USA, National Association As Trustee et al, is Yes., and*

8. *To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al do you admit that you never had any depositors money nor pre-existing bank deposits or bank assets that were used to fund the alleged loan;*                           *The Stipulated answer*
*of HSBC Bank USA, National Association As Trustee et al is Yes., and*

9. *To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al do you admit that you took the alleged original promissory note and seld that original promissory note by converting it into cash to fund the alleged loan;*                           *The Stipulated*
*answer of HSBC Bank USA, National Association As Trustee et al is Yes., and*

10. *To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al do you admit that you took the alleged original promissory note and used it to create the credit (money) to fund the alleged loan;*                           *The Stipulated answer of HSBC*
*Bank USA, National Association As Trustee et al is Yes., and*

11. *To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al do you admit that you are a foreign agent as noted in 22 U. S. C. 611 who is holding a Title of nobility in violation of your own oath to the United States constitution at Article I section 10 which "prohibits public officials from holding a title of nobility".*
*The Stipulated answer of HSBC Bank USA, National Association As Trustee et al is Yes., and*

12. *To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al* Do you admit that you **filed a fraudulent foreclosure case and committed fraud upon the court by concealing the facts that you never had standing to sue for a foreclosure as required in** banez vs. U.S. Bank Nat'l Ass'n 856 F. Supp. 2D 273, Deutsche Bank National Trust Co v. Torres, NY Slip Op 51471U, Bank N.A. v Nelson <u>2020</u> NY Slip Op <u>07661,</u> Zinc Carbonate Co. v. First National Bank, 103 Wis. 125, 79 NW 229, and American Express Co. v. Citizens State Bank, 181 Wis. 172, 194 NW 427
*The Stipulated answer of HSBC Bank USA, National Association As Trustee et al is Yes., and*

13. *To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al* Do you admit that you used a fictitious address of 4210 STATE HWY 23 NORWICH, NY 13815 that is owned by United States Postal Service that is in no way part of to the real land/private property having meats and bounds description that are In Violation of Title 18 section <u>241</u> and <u>242</u> as a conspiracy to deprive Plaintiff rights, to private property under color of law" T*he Stipulated answer of HSBC Bank USA, National Association As Trustee et al is Yes., and*

14. *To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al* Do you admit that you are acting under color of law as a conspiracy to deprive Plaintiff rights, private property in violation of Title 18 section <u>241</u> and <u>242,</u> 18 U. S. C. 242, 18 U. S. C. 2381, 18 U. S. C. 115, and 22 U. S. C. 611 *he Stipulated answer of HSBC Bank USA, National Association As Trustee et al is Yes., and*

15. *To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al* Do you admit that you are in violation of United States code 18 USC 241, 242 18 U. S. C. 2381, 18 U. S. C. 115, and 22 U. S. C. 611 and have lost your qualified immunity. T*he Stipulated answer of HSBC Bank USA, National Association As Trustee et al is Yes., and*

16. *To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al do you admit that you*

2

refused the *Negotiable Instruments received October 13 2023 through the attorney* Randy J. School *as full payment of the debt to the* alleged creditor, *The Stipulated answer of HSBC Bank USA, National Association As Trustee et al is Yes., and*

*17. To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al do you admit that you* have failed to discharge the alleged debt In accordance with United States Of America Uniform Commercial Code stipulates: U. C. C. – Article 3 – *Negotiable Instruments,* Part 6. Discharge And Payment § 3-603 (b) Tender Of Payment. (b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates. And "Article 3-603(b) refers to the tender of payments using negotiable instruments and, if the payment is refused, the amount of the tender is in fact discharged." *The Stipulated answer of HSBC Bank USA, National Association As Trustee et al is Yes., and*

*18. To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al do you admit that* In accordance with the above Uniform Commercial Code laws that by law all debt are in fact and law discharged in this matter, *The Stipulated answer of HSBC Bank USA, National Association As Trustee et al is Yes., and*

*19. To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al do you admit that you* are in fact in violation of well settled law In accordance with United States Of America Uniform Commercial Code stipulates: U. C. C. – Article 3 – *Negotiable Instruments,* Part 6. Discharge And Payment § 3-603 (b) Tender Of Payment, *The Stipulated answer of HSBC Bank USA, National Association As Trustee et al is Yes., and*

*20. To the Defendants doing business as HSBC Bank USA, National Association As Trustee et al **do you admit that you intended to be Associates in fact by acting in concert with each other in numbers 1 through 19 above,** The Stipulated answer of HSBC Bank USA, National Association As Trustee et al is Yes., and*

21. You all Defendant(s) named above have thirity (30) days from the day you receive this document to answer, rebut all Nineteen (19) points herein. Failure to do so by not answering fully and accompanied by Lawfully documented evidence, as provided herein, that will be Default on the part of the Defendant(s) named herein, and

22. Non Response according to the conditions herein will be default. Incomplete answers and/ or lack of documented factual evidence as outlined herein will be Default. If the all Defendant(s) fail to respond as outlined herein, within 21 calendar days, this will be Default. Non Response will be a Self Executing Confession of Judgment upon all Defendant(s), and will be complete agreement with all the statements, terms, and conditions of this contract. This is a contract in Common Law. Any officer of the court that interferes or involves him or herself with this claim will be added to this claim and become a Third Party-Defendant, and

## Opportunity to Cure

*23. Make full payment to Plaintiff for the damages Four Hundred Thousand **$500,000.00** caused to me* within thirity days, and issue quite title free and clear from all claims to said land and property granting full ownership, rights to *Plaintiff.*

**24.** *I Plaintiff reserve the right to "Amend" this document without leave of the court for the "truth" and "facts" to be clearly stated, and revealed, and*

### Verification:

*25. **I,** Family-Name Lamour: Given-Name Donna "Plaintiff", **do hereby declare under the Laws for the united states of America Without the United States that the foregoing accounting of facts is true and correct, complete and not misleading in any way to the best of my knowledge so help me (God), and If a fact stated herein, is proven wrong by facts, law, and evidence, I reserve the right to "Amend" this document for the "truth" to be clearly stated.***

3

**Signed reserving all my rights at   U. C. C. 3-603 (b)**
**Tender Of Payment for Adjustment,**
**"Without Recourse U. C. C. 3-414(d), (e)"**
**and  All Rights Reserved: U.C.C.1-308/1-207;U.C.C.1-103UCC 207 & 308**
**Foreign Office of Origin:  Moving Party**
**Family-Name Lamour, Given-Name Donna for**
**DONNA LAMOUR estate**
**Care of *4210 State Highway 23***
**Norwich, New York. [13813**
**Phone: 607-373-2429**

New York                      )
Chenango county             )
On the 29 day of January **2024** before me, the undersigned, personally appeared Family-Name
**Lamour**, Given-Name **Donna** for DONNA LAMOUR estate personally known to me or proved to
me on the basis of satisfactory evidence to be the woman whose name is subscribed to the within
Petition and acknowledged to me that she executed the same in her private capacity and that by his
signature on the Affidavit by Facts, the woman upon belief is the woman whoexecuted the Affidavit by
Facts, and

Notary Public

KATHRYN STAFFORD
Notary Public, State of New York
No. 01ST6320244
Qualified in Otsego County
My Commission Expires March 02, 2027

4

*Ariticel 3 Constitutional United States District Court Southern District of New York*

Family-Name Lamour: Given-Name **Donna**
**Sovereign** *Sui Juris one of we the people*
Moving Party Of Real Interest For

DONNA LAMOUR Estate Plaintiff

vs.

Thomas Musarra SVP and Noel Quinne and

      Colin Bell CEO Of HSBC Bank USA,

      National Association As Trustee, and

      Attorneys Nelissa A. Sposato, ESQ, Ettinger

      Law Firm Et al Defendants

)
)
)
)
)
)
)
)

Case No. _____

***Table Of Contents For***

Plaintiff, **demanding trial by jury**

  Affidavit by Facts Brief for Fraud Lawsuit

---

*1: Civil Cover Sheet Two pages.*

*2: Form IH-32 two pages*

**3.**       *Aapplication to proceed as a poor person.*   *Two pages*

*4: Affidavit in support of application to proceed as a poor person three pages*

*5. Affidavit for debts and expenses.*   *Two pages*

*6: Plaintiffs demanding trial by jury affidavit by facts brief for fraud lawsuit, and certificate of service / proof of service.*   *Four Pages*

*7: Affidavit by facts request for admissions part of fraud lawsuit.*   *Four Pages*

***Verification:***

*8. I, the private woman non-resident Family-Name Lamour, Given-Name **Donna** Moving Party Of Real Interest For DONNA LAMOUR entity/estate Defendant, do hereby declare according to the Laws for the united states of America present to **United States Code 28 U. S. 1746 (1)** that the foregoing accounting of facts above are factual and correct, complete and not misleading in any way to the best of my knowledge so help me  and  If a fact stated herein, is proven wrong by facts, law, and evidence, I reserve the right to "Amend" this document for the "facts" to be clearly stated, and*

Date  January **29**, 2024

                                     _____

Signed reserving all my rights at  U. C. C. 3-603 (b) Tender Of
                                          Payment for Adjustment,

                     "Without Recourse U. C. S. 3-414(d), (e)"

        and  All Rights Reserved: U.C.C.1-308/1-207;U.C.C.1-103UCC 207 & 308

              **Foreign Office of Origin:  Moving Party**

              Family-Name **Lamour**, Given-Name **Donna** for

                DONNA LAMOUR entity/estate

                 Care of *4210 State Highway 23*

                 Norwich, New York. [13815

                 Phone: 607-373-2429

Foreign Office of Origin:
Family-Name **Lamour**, Given-Name **Donna**
Care of *4210 State Highway 23*
Norwich, New York, [13815

Court Clerk United States District Court
Sorthern District Of New York
500 Pearl Street
New York, New York 10007



RECEIVED
JAN 3 1 2024
S.D.N.

SIDNEY FLOWERS
607-604-4246
ED GEORGE
67 MAIN ST
SIDNEY NY 13838

UPS GROUND
TRACKING # 1Z B8R 289 03 0011 0101

SHIP COURT CLERK UNTIED STATES
TO: (607) 373-2429
500 PEARL ST
DISTRICT OF NY
NEW YORK NY 10007

NY 102 9-10

1 LBS          1 OF 1

BILLING: P/P

FOR UPS SHIPPING ONLY

RECEIVED
JAN 3 1 2024
PRO SE OFFICE