Family-Name Lamour: Given-Name Donna )
Sovereign *Sui Juris one of we the people* )    Case No.  24-CV-0903
Moving Party Of Real Interest For )

DONNA LAMOUR Estate Plaintiff )    Plaintiff, Monion for Default Judgment against Defendants Et
)    al in accorance with Federal Rule 55 (a), and (b),and  (1)
vs. )

Thomas Musarra SVP and Noel Quinne and )     Affidavit by Facts Supporting Monion for Default
)    Judgment against Defendants Et al
Colin Bell CEO Of HSBC Bank USA, )

National Association As Trustee, and )

Attorneys Nelissa A. Sposato, ESQ, Ettinger

Law Firm Et al Defendants

----

### Facts that took place pertaining to the defendants Et al.

(1)  On January 31, 2024 all the defendants in this manner were served by United Parcel Service Tracking numbers 1ZB8R2890300110129, and 1ZB8R2890300110147.  The original Four (4) page plaintiff demanding trial by jury Affidavit by Facts Lawsuits Brief containing the following numbers on each page A. B. And numbers 1 through 22 within that Lawsuit Brief.  See Attached Proof Of Service/Delivery Proof.

(2)  Also the original Four (4) pages Affidavit by Facts Request for Admissions part of the fraud lawsuit brief containing numbers 1 through 25 which is a self-executing confession of judgment against the defendants Et al.  The Lawsuit Brief, and Request for Admissions are in fact in this court's record, and are hereby incorporated herein as fully stated herein.

To date the defendants have not responded, nor answered, nor rebutted the four page Affidavit by Facts Lawsuit Brief and the Affidavit by Facts Request for Admissions.  That were serviced in accordance with New York law NYCPLR 3123, and Federal Rules of Civil Procedure Rule 36 clearly requires the defendants to answer the request for admissions within 30 days of date they were served.

### (3) Federal Rules of Civil Procedure Rule 36 read as follows.

"Each matter of which an admission is requested shall be separately set forth. The matter is admitted unless, within 30 days after service of the request, or within such shorter or longer time as the court may allow or as the parties may agree to in writing, subject to Rule 29, the party to whom the request is directed serves upon the party requesting the admission a written answer or objection addressed to the matter, signed by the party or by the party's attorney."

(4)  Therefore establishing the fact in law the defendants Et al have in fact admitted everything as outlined in The Lawsuit Brief, and Request for Admissions.

(5) Therefore by law this court must enter a default judgment against the defendants for the relief sought.

Plaintiff, Monion for Default Judgment against
Defendants Et al in accorance with Federal Rule 55 (a), and (b),and  (1)
Page -1-

*(6) Relief* <u>Demand</u> an injunctive relief, possession, and other relief which will effectively invalidate and reverse the unlawful fraudulent foreclosure sale by the Defendants. Because the Defendants Et al have failed to provide original note, failed to prove they are a party to the contract. They had to produce and comply with Plaintiff's "Notice Offer and Demands" and law. As outlined in US Bank N.A. v Nelson <u>2020</u> NY Slip Op <u>07661</u> Decided on December 17, <u>2020</u> Court of Appeals "It is only recently that the New York courts have used the term **"standing"** **to refer to whether the plaintiff in a foreclosure action is a party to the contract"**. The dispute and confusion as to whether the borrower must plead "lack of standing" as an affirmative defense aris and

*(7) Relief Demand:* *Plaintiff demands judgement for the damages in the amount of Five Hundred Thousand $500,000.00 caused by defendants*, and issue quite title free and clear from all claims to said land and property granting full ownership, rights to *Plaintiff*.

### Verification:

*(8) I, the private woman non-resident Family-Name Lamour, Given-Name Donna Moving Party Of Real Interest For DONNA LAMOUR entity/estate Defendant, do hereby declare according to the Laws for the united states of America present to United States Code 28 U. S. 1746 (1) that the foregoing accounting of facts above are factual and correct, complete and not misleading in any way to the best of my knowledge so help me, and If a fact stated herein, is proven wrong by facts, law, and evidence, I reserve the right to "Amend" this document for the "facts" to be clearly stated, and*

Date June *૮ ५* , 2024

Signed reserving all my rights at U. C. C. 3-603 (b)
Tender Of Payment for Adjustment,

"Without Recourse U. C. C. 3-414(d), (e)"

and All Rights Reserved: U.C.C.1-308/1-207;U.C.C.1-103UCC 207 & 308,

**Foreign Office of Origin: Moving Party**

Family-Name Lamour, Given-Name Donna for

DONNA LAMOUR entity/estate

Care of *4210 State Highway 23*

Norwich, New York. [13813

Phone: 607-373-2429

Plaintiff, Monion for Default Judgment against
Defendants Et al in accorance with Federal Rule 55 (a), and (b),and (1)
Page -2-

## Certificate of Service/Proof Of Service

I **Edmond George Sr Sovereign man** *do hereby declare according to the Laws for the united states of America present to **United States Code 28 U. S. 1746 (1) that** the foregoing accounting of facts herein are factual and correct, complete and not misleading in any way to the best of my knowledge so help me, **has in fact made service by** United Parcel Service with tracking on January 29, 2024 a true and complete copy of the (4) Page Lawsuit Brief and (4) Page Request For Admissions upon all the defendants Et al on January 29, 2024 and*

Date January 29, 2024

Foreign Office of Origin:  **Non-Party**
**Edmond George Sr**
c/o general post office
Guilford, New York.
Phone: 607-373-2429

Nelissa A. Sposato ESQ Ettinger Law Firm Et al

One Huntington Quadrangle Suite 4N25

Melville, New York 11747

United Parcel Service Tracking 1ZB8R2890300110129

Thomas Musarra SVP and Noel Quinne and

Colin Bell CEO Of HSBC Bank USA

National Association As Trustee Et al

452 Fifth Avenue / 1 West 39th Street

Manhattan, New York 10018

United Parcel Service Tracking  1ZB8R2890300110147

Also See attached United Parcel Service Customer Receipts



PPING ONLY

**CUSTOMER RECEIPT**
Operator ID/Retailer: 123
PEC-ASAP Account #: 3217A
SIDNEY FLOWERS
607-604-4248
67 MAIN ST
SIDNEY NY 13838
Weight: 1 LBS
SZ: 0X0X0

Sender:
ED GEORGE
607-373-2429

Freight: $13.08

Packing Chgs.: $0.00
Additional
Charges: $0.00
Other Chgs.:
Coupon $0.00

Total Due: $13.08

Ship To: AV
COURT CLERK UNTIED STATES
(607) 373-2429
DISTRICT OF NY
500 PEARL ST
NEW YORK NY 10007

Multiple Shipment    MULTI

Ship Date: 01/29/2024   Via: GROUND COM
Track#: 1Z B8R 289 03 0011 0101   Zone: 99
Package ID: 11010
Contents: letter
Declared value: 100

Paid By: Cash

Delivery: 01/31/2024

---

**CUSTOMER RECEIPT**
Operator ID/Retailer: 123
PEC-ASAP Account #: 3217A
SIDNEY FLOWERS
607-604-4248
67 MAIN ST
SIDNEY NY 13838
Weight: 1 LBS
SZ: 0X0X0

Sender:
ED GEORGE
607-373-2429

Freight: $13.08

Packing Chgs.: $0.00
Additional
Charges: $0.00
Other Chgs.:
Coupon $0.00

Total Due: $13.08

Ship To: AV
NELISSA A SPOSATA ESQ ETTINGER
(607) 373-2429
LAW FIRM
1 HUNTINGTON QUAD
SUITE 4N25
MELVILLE NY 11747

Ship Date: 01/29/2024   Via: GROUND COM
Track#: 1Z B8R 289 03 0011 0129   Zone: 99
Package ID: 11012
Contents: letter
Declared value: 100

Paid By: Cash

Delivery: 01/31/2024

---

**CUSTOMER RECEIPT**
Operator ID/Retailer: 123
PEC-ASAP Account #: 3217A
SIDNEY FLOWERS
607-604-4248
67 MAIN ST
SIDNEY NY 13838
Weight: 1 LBS
SZ: 0X0X0

Sender:
ED GEORGE
607-373-2429

Freight: $13.08

Packing Chgs.: $0.00
Additional
Charges: $0.00
Other Chgs.:
Coupon

Total Due: $13.08

Ship To: AVN
THOMAS MUSARRA NOEL QUINN
HSBC BANK USA
452 FIFTH AVENUE
1 WEST 39TH STREET
NEW YORK CITY NY 10018

Ship Date: 01/29/2024   Via: GROUND RES
Track#: 1Z B8R 289 03 0011 0147   Zone: 99
Package ID: 11014
Contents: letter
Declared value: 100

Paid By: Cash

Delivery: 01/31/2024

PPING ONLY

SIDNEY FLOWERS
607-604-4243
ED GEORGE
67 MAIN ST
SIDNEY NY 13838

1 LBS                    1 OF 1

SHIP    COURT CLERK UNTIED STATES
TO:     (607) 373-2429
        500 PEARL ST
        DISTRICT OF NY
        NEW YORK NY 10007

NY 102 9-10

UPS GROUND
TRACKING # 1Z B8R 289 03 0012 0412

BILLING: P/P

FE 24.0 HP LosetJet M203-M206 20.5V 05/2024

 FOR UPS SHIPPING ONLY

RECEIVED
JUN 20 2024
CLERKS OFFICE
S.D.N.Y.

United States District Court

strict Of New York

reet

lew York 10007

ew York.

ion [13780]