USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Donna Lamour,<br><br>　　　　　　　　Plaintiff,<br><br>-against-<br><br>Thomas Musarra, SVP, Noel Quinne, Colin Bell and Attorneys Nelissa A. Sposato, Esq.,<br><br>　　　　　　　　Defendants. | 1:24-cv-00903 (JGLC) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

　　It is hereby Ordered that Plaintiff shall respond to the Defendants' Motion to Dismiss (ECF No.9) no later than August 23, 2024, and that the Defendants file any reply no later than September 6, 2024.

**SO ORDERED.**

DATED:　　New York, New York
　　　　　　August 5, 2024

_____
STEWART D. AARON
United States Magistrate Judge