UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donna Lamour,

               Plaintiff,

-against-

Thomas Musarra, et al.,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/28/2024
```

1:24-cv-00903 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff was due to respond to Defendants' pending Motion to Dismiss (ECF No. 9) no later than Friday, August 23, 2024. (8/5/24 Order, ECF No. 15.) The Court has not yet received an opposition from Plaintiff to date.

In light of Plaintiff's *pro se* status, Court will enlarge Plaintiff's time to submit any opposition to Defendants' Motion to Dismiss until Friday, September 6, 2024. If Plaintiff fails to oppose Defendants' motion, the Court shall treat such motion as unopposed. Defendants' reply, if any, shall be filed no later than one week after Plaintiff's opposition papers are filed.

SO ORDERED.

Dated:    New York, New York
           August 28, 2024

_____
STEWART D. AARON
United States Magistrate Judge