USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/04/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Donna Lamour,

        Plaintiff,

-against-

Thomas Musarra, SVP, Noel Quinne, Colin Bell and Attorneys Nelissa A. Sposato, Esq.,

        Defendants.

1:24-cv-00903 (JGLC) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a telephone conference on Monday, October 21, 2024 at 11:00 a.m. to discuss Defendants' October 3, 2024 Letter Motion (ECF No. 30) and Defendants' pending motion to dismiss (ECF No. 8). At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
            October 4, 2024

_____
STEWART D. AARON
United States Magistrate Judge