UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2025
```

Donna Lamour,

              Plaintiff,

-against-

Thomas Musarra, SVP, Noel Quinne, Colin Bell and Attorneys Nelissa A. Sposato, Esq.,

              Defendants.

1:24-cv-00903 (JGLC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Is it hereby Ordered that Plaintiff shall file any Amended Complaint (*see* Op. & Order, ECF No. 51) no later than March 17, 2025. A copy of this Order will be mailed to Plaintiff by Chambers at the alternative address provided by Plaintiff: General Post Office, Guilford, New York, zip code exempt. As a courtesy, Chambers also shall email a copy of this Order to Plaintiff at leadingedge8@gmail.com.

**SO ORDERED.**

DATED:    New York, New York
               February 14, 2025

_____
STEWART D. AARON
United States Magistrate Judge