UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA LAMOUR,<br><br>       Plaintiff,<br><br>   -against-<br><br>THOMAS MUSARRA, SVP, et al.,<br><br>       Defendants. | 24-CV-903 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  On April 22, 2025, a Report and Recommendation ("R&R") was filed with respect to Defendants' motion to dismiss. ECF No. 67. A copy of the R&R was mailed to Plaintiff on April 23, 2025, and the Court received return mail on May 6, 2025 due to an "insufficient address" and being "[u]nable to forward." Plaintiff failed to timely submit objections to the R&R.

  On August 1, 2025, in response to an email from Defendants concerning the R&R, Plaintiff emailed the Court stating she had not been served, nor was she aware of the R&R. Plaintiff further stated that she will be preparing a response to the R&R. It is HEREBY ORDERED that any objections to the R&R must be filed by no later than **August 19, 2025**.

  Plaintiff is obligated to notify the Court of any address changes. Failure to do so may result in dismissal of this action. As such, Plaintiff shall file with the Court her current address by no later than **August 19, 2025.**

  As a courtesy, the Court will email a copy of this Order to Plaintiff at leadingedge8@gmail.com.

Dated: August 6, 2025
    New York, New York

                   SO ORDERED.

                   *Jessica Clarke*

                   JESSICA G. L. CLARKE
                   United States District Judge