**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DONNA LAMOUR,

                            Plaintiff,

          -against-                                     24 **CIVIL** 0903 (JGLC)

                                                        **JUDGMENT**

THOMAS MUSARRA, et al.,

                        Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 6, 2026, the Report and Recommendation of Magistrate Judge Aaron is ADOPTED in its entirety. Defendants' Motion to Dismiss is GRANTED in its entirety. Plaintiff's claims are DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       February 10, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                           Clerk of Court

                        BY:        _____
                                           Deputy Clerk